**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JOHN CURRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:11-cv-00615-RAS-DDB |
| | § | |
| DELTA OUTSOURCE GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT and REQUEST TO WITHDRAW PENDING PLAINTIFF'S MOTION TO COMPEL

NOW COMES Plaintiff, JOHN CURRAN, by the undersigned counsel and hereby informs the Court that a settlement has been reached and all parties to the present matter are currently in the process of executing a settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests this Court vacate all dates currently set on calendar for the present matter.

Plaintiff also requests that this Court allow withdrawal of the pending Plaintiff's Motion to Compel, which was filed with this Court on May 24, 2012 as Docket No. 21.

Dated: June 7, 2012                                         RESPECTFULLY SUBMITTED,

                                                            By: /s/ Adam T. Hill
                                                            Adam T. Hill
                                                            KROHN & MOSS, LTD.
                                                            10 N. Dearborn St. 3rd Fl.
                                                            Chicago, IL 60602
                                                            312-578-9428
                                                            ahill@consumerlawcenter.com
                                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Adam Hill, certify that on June 7, 2012, a caused a true and correct copy of the foregoing, **Notice of Settlement and Plaintiff's Withdrawal of Motion to Compel**, to be filed using the Court's CM/ECF system, and served electronically using the same upon the following:

Keith Wier
Bush & Ramirez, LLC
5615 Kirby Drive, Suite 900
Houston, TX 77005

                                        By:  /s/ Adam T. Hill
                                        Adam T. Hill