UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN CURRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:11-cv-00615-RAS-DDB |
| | § | |
| DELTA OUTSOURCE GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JOHN CURRAN ("Plaintiff"), and Defendant, DELTA OUTSOURCE GROUP, INC., ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: June 28, 2012

| KROHN & MOSS, LTD. | BUSH & RAMIREZ, L.L.C. |
|---|---|
| /s/ Ryan Lee | /s/ W. Keith Wier |
| Ryan Lee (CA SBN: 259567) | W. Keith Wier; SBN: 21436100 |
| Krohn & Moss, Ltd | Fed. ID No. 7930 |
| 10474 Santa Monica Blvd., Suite 401 | 24 Greenway Plaza, Suite 1700 |
| Los Angeles, CA 90025 | Houston, Texas 77046 |
| Tel: 323-988-2400 x235 | Telephone: (713) 626-1555 |
| Fax: (866) 861-1390 | Facsimile: (713) 622-8077 |
| rlee@consumerlawcenter.com | Attorney for Defendant, |
| Attorney for Plaintiff, JOHN CURRAN | DELTA OUTSOURCE GROUP, INC. |