IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN CURRAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:11CV615 |
| | § | |
| DELTA OUTSOURCE GROUP, INC. | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice (Dkt. 25). After considering said stipulation, the Court hereby grants same and dismisses the case with prejudice.

IT IS FURTHER ORDERED that the parties shall each bear their respective costs and attorney fees.

The foregoing order is and shall constitute a final judgment in the above-referenced cause of action.

**SO ORDERED.**
**SIGNED this 13th day of July, 2012.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE